UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Yanelis Figueroa, a/k/a Yanelys Figueroa,         Case No. 16-10506-RAM
    Debtor.                                                              Chapter 13
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance on behalf of, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, a secured creditor in connection with property located at **6685 SW 94th Street, Pinecrest, Florida 33156** with loan number XXX-**6035** in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

**Leslie Rushing, Esq.**
**Quintairos, Prieto, Wood & Boyer, PA**
**1475 Centrepark Blvd., Suite 130**
**West Palm Beach, FL 33401**

Dated: January 22, 2016

                Respectfully submitted,

                */s /Leslie Rushing*
                Leslie Rushing, Esq.
                Florida Bar No. 98106
                Quintairos, Prieto, Wood & Boyer, PA
                1475 Centrepark Blvd., Suite 130
                West Palm Beach, FL 33401
                Phone: (561) 686-1880
                Fax: (561) 686-1886

Attorney for Caliber Home Loans, Inc.
Primary Email:
leslie.rushing@qpwblaw.com
Secondary Email:
flsdbknotices@qpwblaw.com

## **CERTIFICATE OF SERVICE**

      I certify that I have caused to be served a copy of the foregoing Notice of Appearance and Request for Notice, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: January 22, 2016        /s/ Leslie Rushing
                                        Leslie Rushing, Esq.
                                        Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

Hector Hernandez, Esq.
Attorney for Debtor
6262 S.W. 40th Street Suite 3H
Miami, FL 33155
Email: hector@hhalaw.com

Trustee
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By First Class Mail:

Yanelis Figueroa
12438 North Bayshore Drive
Miami, FL 33181